IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01338-WDM-BNB

FRED LADD,

      Plaintiff,

v.

CHEMONICS, INC.,

      Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO TRANSFER CASE AND TO ENLARGE THE DATE FOR RESPONDING TO COMPLAINT**

---

    Having considered Defendant, Chemonics, Inc.'s, Unopposed Motion to Transfer Case and to Enlarge the Date for Responding to Complaint, it is hereby ORDERED, that Defendant's motion is hereby GRANTED. It is further ORDERED that this action shall be transferred to the United States District Court for the District of Columbia and that the date by which Defendant must answer or otherwise respond to Plaintiff's Complaint is extended until ten (10) days after this action is docketed in that Court.

    Dated this 3rd day of July, 2007.

                                        United States District Judge